**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffrey Charles Sharrar<br>&<br>Jennifer Marie Sharrar<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 17-10475 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                jwarmbrodt@kmllawgroup.com
                Attorney I.D. No. 42524
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: (215)-627-1322

                Attorney for Movant/Applicant