# IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 17-10475-TPA |
| Jeffrey Charles Sharrar and<br>Jennifer Marie Sharrar,<br>Debtors. | CHAPTER 13 |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

March 17, 2017 – Husband

March 31, 2017

April 13, 2017

April 28, 2017

March 17, 2017 – Wife

March 31, 2017

April 14, 2017

April 28, 2017

**Next Payment Advice Expected (post-filing):**

May 12, 2017 – Husband

May 12, 2017 – Wife

C.B.   SHARRAR, JEFFREY CHARLES & JENNIFER MARIE

# Earnings Statement

**COLONY FACTORY CRAFTED HOMES**
20510 PAINT BLVD SHIPPENVILLE, PA. 16254

Period Ending: 03/11/2017
Pay Date: 03/17/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JEFFREY C. SHARRAR
383 REIGEL SCHOOL RD
RIMERSBURG, PA 16248

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 90.50 | 1,538.50 | |
| OT Premium | 8.5000 | 10.50 | 89.25 | |
| Ltd-Taxable | | | 8.55 | 50.52 |
| **Gross Pay** | | | **$1,636.30** | 9,557.77 |

Your federal taxable wages this period are $1,516.05

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annual Comp | 35,360.00 | |
| E | 1,516.05 | 8,850.86 |
| G | 1,636.30 | 9,557.77 |
| H | 101.00 | 582.00 |
| Ytd | | 190.16 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -118.28 | 672.88 | |
| Social Security Tax | -96.01 | 560.54 | |
| Medicare Tax | -22.45 | 131.09 | |
| PA State Income Tax | -47.54 | 277.56 | |
| Toby Twp Income Tax | -15.49 | 90.41 | |
| PA SUI/SDI Tax | -1.14 | 6.69 | |
| **Other** | | | |
| Insur Pretax | -87.69* | | |
| Insurance | -5.26 | | |
| Loan 401K | -48.39 | 290.34 | |
| Ltd-Taxable | -8.55 | | |
| Miscellaneous | -7.00 | | |
| 401K | -32.56* | 190.16 | |
| 401K Loan #2 | -34.23 | | |
| **Net Pay** | **$1,111.71** | | |
| Checking | -1,111.71 | | |
| **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages

---

**COLONY FACTORY CRAFTED HOMES**
20510 PAINT BLVD SHIPPENVILLE, PA. 16254

Advice number: 00000110016
Pay date: 03/17/2017

**Deposited to the account of**
JEFFREY C. SHARRAR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1954 | xxxx xxxx | $1,111.71 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

CO FILE DEPT CLOCK VCHR NO.
AFg 104764 TRA 0000130015 034

# Earnings Statement

**ADP**

COLONY FACTORY CRAFTED HOMES
20510 PAINT BLVD SHIPPENVILLE, PA. 16254

Period Ending: 03/25/2017
Pay Date: 03/31/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JEFFREY C. SHARRAR
383 REIGEL SCHOOL RD
RIMERSBURG, PA 16248

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | |
| OT Premium | 8.5000 | 15.50 | 131.75 | |
| Ltd-Taxable | | | 8.55 | 59.07 |
| **Gross Pay** | | | **$1,500.30** | 11,058.07 |

Your federal taxable wages this period are $1,382.77

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annual Comp | 35,360.00 | |
| E | 1,382.77 | 10,233.63 |
| G | 1,500.30 | 11,058.07 |
| H | 95.50 | 677.50 |
| Ytd | | 220.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -98.29 | 771.17 |
| | Social Security Tax | -87.59 | 648.13 |
| | Medicare Tax | -20.49 | 151.58 |
| | PA State Income Tax | -43.37 | 320.93 |
| | Toby Twp Income Tax | -14.13 | 104.54 |
| | PA SUI/SDI Tax | -1.05 | 7.74 |
| | **Other** | | |
| | Insur Pretax | -87.69* | |
| | Insurance | -5.26 | |
| | Loan 401K | -48.39 | 338.73 |
| | Ltd-Taxable | -8.55 | |
| | Miscellaneous | -7.00 | |
| | 401K | -29.84* | 220.00 |
| | 401K Loan #2 | -34.23 | |
| | **Net Pay** | **$1,014.42** | |
| | Checking | -1,014.42 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COLONY FACTORY CRAFTED HOMES
20510 PAINT BLVD SHIPPENVILLE, PA. 16254

Advice number: 00000130015
Pay date: 03/31/2017

THIS IS NOT A CHECK

Deposited to the account of
JEFFREY C. SHARRAR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1954 | xxxx xxxx | $1,014.42 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

COLONY FACTORY CRAFTED HOMES
20510 PAINT BLVD SHIPPENVILLE, PA. 16254

Period Ending: 04/08/2017
Pay Date: 04/13/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JEFFREY C. SHARRAR
383 REIGEL SCHOOL RD
RIMERSBURG, PA 16248

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 114.50 | 1,946.50 | |
| OT Premium | 8.5000 | 19.00 | 161.50 | |
| Ltd-Taxable | | | 8.55 | 67.62 |
| **Gross Pay** | | | **$2,116.55** | 13,174.62 |

Your federal taxable wages this period are $1,986.70

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annual Comp | 35,360.00 | |
| E | 1,986.70 | 12,220.33 |
| G | 2,116.55 | 13,174.62 |
| H | 133.50 | 811.00 |
| Ytd | | 262.16 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -188.88 | 960.05 | |
| Social Security Tax | -125.78 | 773.91 | |
| Medicare Tax | -29.42 | 181.00 | |
| PA State Income Tax | -62.29 | 383.22 | |
| Toby Twp Income Tax | -20.29 | 124.83 | |
| PA SUI/SDI Tax | -1.48 | 9.22 | |
| **Other** | | | |
| Insur Pretax | -87.69* | | |
| Insurance | -5.26 | | |
| Loan 401K | -48.39 | 387.12 | |
| Ltd-Taxable | -8.55 | | |
| Miscellaneous | -118.00 | | |
| 401K | -42.16* | 262.16 | |
| 401K Loan #2 | -34.23 | | |
| **Net Pay** | **$1,344.13** | | |
| Checking | -1,344.13 | | |
| **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COLONY FACTORY CRAFTED HOMES
20510 PAINT BLVD SHIPPENVILLE, PA. 16254

Advice number: 00000150015
Pay date: 04/13/2017

Deposited to the account of
JEFFREY C. SHARRAR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1954 | xxxx xxxx | $1,344.13 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

COLONY FACTORY CRAFTED HOMES
20510 PAINT BLVD SHIPPENVILLE, PA. 16254

Period Ending: 04/22/2017
Pay Date: 04/28/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JEFFREY C. SHARRAR
383 REIGEL SCHOOL RD
RIMERSBURG, PA 16248

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 92.00 | 1,564.00 | |
| OT Premium | 8.5000 | 6.00 | 51.00 | |
| Ltd-Taxable | | | 8.55 | 76.17 |
| **Gross Pay** | | | **$1,623.55** | 14,798.17 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,503.56

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -116.41 | 1,076.46 |
| | Social Security Tax | -95.23 | 869.14 |
| | Medicare Tax | -22.27 | 203.27 |
| | PA State Income Tax | -47.15 | 430.37 |
| | Toby Twp Income Tax | -15.36 | 140.19 |
| | PA SUI/SDI Tax | -1.14 | 10.36 |
| | **Other** | | |
| | Insur Pretax | -87.69* | |
| | Insurance | -5.26 | |
| | Loan 401K | -48.39 | 435.51 |
| | Ltd-Taxable | -8.55 | |
| | 401K | -32.30* | 294.46 |
| | 401K Loan #2 | -34.23 | |
| | **Adjustment** | | |
| | Miscellaneous | +0.10 | |
| | **Net Pay** | **$1,109.67** | |
| | Checking | -1,109.67 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annual Comp | 35,360.00 | |
| E | 1,503.56 | 13,723.89 |
| G | 1,623.55 | 14,798.17 |
| H | 98.00 | 909.00 |
| Ytd | | 294.46 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COLONY FACTORY CRAFTED HOMES
20510 PAINT BLVD SHIPPENVILLE, PA. 16254

Advice number: 00000170015
Pay date: 04/28/2017

Deposited to the account of
JEFFREY C. SHARRAR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1954 | xxxx xxxx | $1,109.67 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| Employee File # | Period Start | Period Ending | Check Date | Employee Name and Address |
|---|---|---|---|---|
| 0960 | 02/24/2017 | 03/09/2017 | 03/17/2017 | SHARRAR, JENNIFER<br>383 REIGEL SCHOOL RD<br>RIMERSBURG, PA 16248-0000<br><br>**Net Pay:** $ 102.17 |
| **Company Code**<br>NEWL | **Company Name and Address**<br>NEW LIGHT INC<br>10987 ROUTE 322<br>SHIPPENVILLE , PA, 16254-0000 | | | |
| **Soc Sec #**<br>xxx-xx-1637 | **Div/Dept**<br>/DDCC | **Clock #**<br>0 | **FW** M 00<br>**SW** M 00 | |
| **Base Rate:**<br>11.2500 | | | | |

| Earnings | | | | Taxes | | Deductions | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Description | Amount | Description | Amount | Description | Amount |
| REGULAR | 3.00 | 11.25 | 33.75 | FICA | 7.19 | PTDENTA | 9.00 | FED WTH | 106.82 |
| REGULAR | 3.25 | 11.25 | 36.56 | LOCAL | 1.16 | PTVISIO | 1.00 | FICA | 114.67 |
| REGULAR | 5.00 | 11.25 | 56.25 | MEDFICA | 1.68 | PTLIFIN | 0.71 | GROSS | 1881.59 |
| | | | | STATE | 3.56 | | | J3LS$10 | 10.00 |
| | | | | UNEMPL | 0.09 | | | LOCAL | 18.50 |
| | | | | | | | | MEDFICA | 26.82 |
| | | | | | | | | PTDENTA | 27.00 |
| | | | | | | | | PTLIFIN | 2.13 |
| | | | | | | | | PTVISIO | 3.00 |
| | | | | | | | | STATE | 56.78 |
| | | | | | | | | UNEMPL | 1.32 |
| **TOTAL** | 11.25 | | $ 126.56 | **TOTAL** | $ 13.68 | **TOTAL** | $ 10.71 | **Check No**<br>24458 | **Net Check**<br>$ 102.17 |

Print Check Stub

| Employee File # | Period Start | Period Ending | Check Date | Employee Name and Address |
|---|---|---|---|---|
| 0960 | 03/10/2017 | 03/23/2017 | 03/31/2017 | SHARRAR, JENNIFER<br>383 REIGEL SCHOOL RD<br>RIMERSBURG, PA 16248-0000<br><br>**Net Pay:** $ 817.95 |
| **Company Code**<br>NEWL | **Company Name and Address**<br>NEW LIGHT INC<br>10987 ROUTE 322<br>SHIPPENVILLE , PA, 16254-0000 | | | |
| **Soc Sec #**<br>xxx-xx-1637 | **Div/Dept**<br>/DDCC | **Clock #**<br>0 | FW M 00<br>SW M 00 | |
| **Base Rate:**<br>11.2500 | | | | |

| Earnings | | | | Taxes | | Deductions | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Description | Amount | Description | Amount | Description | Amount |
| REGULAR | 6.50 | 11.25 | 73.13 | FICA | 74.23 | PTDENTA | 9.00 | FED WTH | 200.64 |
| REGULAR | 36.75 | 11.25 | 413.44 | FED WTH | 93.82 | PTVISIO | 1.00 | FICA | 188.90 |
| REGULAR | 36.75 | 11.25 | 413.44 | LOCAL | 11.97 | PTLIFIN | 0.71 | GROSS | 3089.58 |
| O/TIME | 8.25 | 16.875 | 139.22 | MEDFICA | 17.36 | PHEAA% | 144.35 | J3LS$10 | 10.00 |
| O/TIME | 5.00 | 16.875 | 84.38 | STATE | 36.76 | | | LOCAL | 30.47 |
| O/TIME | 5.00 | 16.875 | 84.38 | UNEMPL | 0.84 | | | MEDFICA | 44.18 |
| | | | | | | | | PHEAA% | 30922.50 |
| | | | | | | | | PTDENTA | 36.00 |
| | | | | | | | | PTLIFIN | 2.84 |
| | | | | | | | | PTVISIO | 4.00 |
| | | | | | | | | STATE | 93.54 |
| | | | | | | | | UNEMPL | 2.16 |
| **TOTAL** | 98.25 | | $1207.99 | **TOTAL** | $234.98 | **TOTAL** | $155.06 | **Check No**<br>24659 | **Net Check**<br>$817.95 |

Print Check Stub

| Employee File # | Period Start | Period Ending | Check Date | Employee Name and Address |
|---|---|---|---|---|
| 0960 | 03/24/2017 | 04/06/2017 | 04/14/2017 | SHARRAR, JENNIFER<br>383 REIGEL SCHOOL RD<br>RIMERSBURG, PA 16248-0000<br><br>**Net Pay:** $ 991.20 |
| **Company Code**<br>NEWL | **Company Name and Address**<br>NEW LIGHT INC<br>10987 ROUTE 322<br>SHIPPENVILLE , PA, 16254-0000 | | | |
| **Soc Sec #**<br>xxx-xx-1637 | **Div/Dept**<br>/DDCC | **Clock #**<br>0 | **FW** M 00<br>**SW** M 00 | |
| **Base Rate:**<br>11.2500 | | | | |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 40.00 | 11.25 | 450.00 |
| REGULAR | 40.00 | 11.25 | 450.00 |
| O/TIME | 17.50 | 16.875 | 295.31 |
| O/TIME | 17.25 | 16.875 | 291.09 |
| **TOTAL** | 114.75 | | $ 1486.40 |

### Taxes

| Description | Amount |
|---|---|
| FICA | 91.49 |
| FED WTH | 135.58 |
| LOCAL | 14.76 |
| MEDFICA | 21.40 |
| STATE | 45.30 |
| UNEMPL | 1.04 |
| **TOTAL** | $ 309.57 |

### Deductions

| Description | Amount |
|---|---|
| PTDENTA | 9.00 |
| PTVISIO | 1.00 |
| PTLIFIN | 0.71 |
| PHEAA% | 174.92 |
| **TOTAL** | $ 185.63 |

### Year to Date

| Description | Amount |
|---|---|
| FED WTH | 336.22 |
| FICA | 280.39 |
| GROSS | 4575.98 |
| J3LS$10 | 10.00 |
| LOCAL | 45.23 |
| MEDFICA | 65.58 |
| PHEAA% | 30747.58 |
| PTDENTA | 45.00 |
| PTLIFIN | 3.55 |
| PTVISIO | 5.00 |
| STATE | 138.84 |
| UNEMPL | 3.20 |
| **Check No**<br>24855 | **Net Check**<br>$ 991.20 |

Print Check Stub

| Employee File # | Period Start | Period Ending | Check Date | Employee Name and Address |
|---|---|---|---|---|
| 0960 | 04/07/2017 | 04/20/2017 | 04/28/2017 | SHARRAR, JENNIFER<br>383 REIGEL SCHOOL RD<br>RIMERSBURG, PA 16248-0000<br><br>**Net Pay:** $ 915.07 |
| Company Code | Company Name and Address | | | |
| NEWL | NEW LIGHT INC<br>10987 ROUTE 322<br>SHIPPENVILLE , PA, 16254-0000 | | | |
| Soc Sec # | Div/Dept | Clock # | FW M 00 | |
| xxx-xx-1637 | /DDCC | 0 | SW M 00 | |
| Base Rate:<br>11.2500 | | | | |

| Earnings | | | | Taxes | | Deductions | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Description | Amount | Description | Amount | Description | Amount |
| REGULAR | 8.00 | 11.25 | 90.00 | FICA | 83.91 | PTDENTA | 9.00 | FED WTH | 453.45 |
| REGULAR | 36.00 | 11.25 | 405.00 | FED WTH | 117.23 | PTVISIO | 1.00 | FICA | 364.30 |
| REGULAR | 36.00 | 11.25 | 405.00 | LOCAL | 13.53 | PTLIFIN | 0.71 | GROSS | 5940.04 |
| O/TIME | 8.25 | 16.875 | 139.22 | MEDFICA | 19.62 | PHEAA% | 161.48 | J3LS$10 | 10.00 |
| O/TIME | 9.50 | 16.875 | 160.31 | STATE | 41.55 | | | LOCAL | 58.76 |
| O/TIME | 9.75 | 16.875 | 164.53 | UNEMPL | 0.96 | | | MEDFICA | 85.20 |
| | | | | | | | | PHEAA% | 30586.10 |
| | | | | | | | | PTDENTA | 54.00 |
| | | | | | | | | PTLIFIN | 4.26 |
| | | | | | | | | PTVISIO | 6.00 |
| | | | | | | | | STATE | 180.39 |
| | | | | | | | | UNEMPL | 4.16 |
| **TOTAL** | 107.50 | | $ 1364.06 | **TOTAL** | $ 276.80 | **TOTAL** | $ 172.19 | Check No<br>25056 | Net Check<br>$ 915.07 |

Print Check Stub