| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey Charles Sharrar** | Social Security number or ITIN | xxx–xx–6416 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Jennifer Marie Sharrar** | Social Security number or ITIN | xxx–xx–1637 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court<br>**WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  13   5/8/17 | |
| Case number:   **17–10475–TPA** | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                             12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffrey Charles Sharrar | Jennifer Marie Sharrar |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 383 Reigel School Road<br>Rimersburg, PA 16248 | 383 Reigel School Road<br>Rimersburg, PA 16248 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165 |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 814–464–9740<br>Date: 6/2/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **July 11, 2017 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/11/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/10/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/6/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**7/11/17** at **02:00 PM**, Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey Charles Sharrar
Jennifer Marie Sharrar
    Debtors

Case No. 17-10475-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: gamr        Page 1 of 2        Date Rcvd: Jun 02, 2017
                      Form ID: 309I    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.

```
db/jdb         +Jeffrey Charles Sharrar,    Jennifer Marie Sharrar,    383 Reigel School Road,
                 Rimersburg, PA 16248-6527
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14418750       +4 Your Car Connection Inc,    7082 US 322,    Cranberry, PA 16319-3110
14418751       +Aes / Pnc / National,    PO Box 61047,    Harrisburg, PA 17106-1047
14418752       +Bayview Financial Property Trust,    285 Grand Avenue,    Suite 200,    Southlake, TX 76092-7657
14418754       +Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
14418759       +Djd Anesthesia Associates,    1 Hospital Drive,    Clarion, PA 16214-8501
14418761        First Premier Bank,    601 South Minneapolis Avenue,    Sioux Falls, SD 57104
14418762       +KML Law Group PC,    BNY Mellon Independence Center,    701 Market Street,    Suite 500,
                 Philadelphia, PA 19106-1538
14418764       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14418765       +P H E A A / HCB,    Attn: Bankruptcy,    1200 North 7th Street,    3rd Floor,
                 Harrisburg, PA 17102-1419
14420084       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14636642       +Rimersburg Borough Municipal Authority,    27 Main Street,    Rimersburg, PA 16248-4333
14418767       +Rui Credit Services Inc,    Po Box 1349,    Melville, NY 11747-0421
14418768       +Saint Louise University Hospital,    3635 Vista Avenue,    Saint Louis, MO 63110-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: dan@mrdebtbuster.com Jun 03 2017 00:27:00      Daniel P. Foster,
                 Foster Law Offices,    PO Box 966,    Meadville, PA  16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 03 2017 00:27:19      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 03 2017 00:27:30
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14418753       +EDI: CAPITALONE.COM Jun 03 2017 00:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14418755       +EDI: CHASE.COM Jun 03 2017 00:23:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
14418756       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 03 2017 00:27:42
                 Comcast Cable,    1701 John F. Kennedy Boulevard,    Philadelphia, PA 19103-2899
14418757       +EDI: CONVERGENT.COM Jun 03 2017 00:23:00      Convergent Outsoucing, Inc,    Po Box 9004,
                 Renton, WA 98057-9004
14418758       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jun 03 2017 00:27:39
                 Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14636641        EDI: DISCOVER.COM Jun 03 2017 00:23:00      Discover Bank,    PO Box 8003,    Hilliard, OH 43026
14418760       +E-mail/Text: bknotice@erccollections.com Jun 03 2017 00:27:35      ERC / Enhanced Recovery Corp,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14418763        E-mail/Text: camanagement@mtb.com Jun 03 2017 00:27:10      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14418764       +E-mail/Text: Bankruptcies@nragroup.com Jun 03 2017 00:27:51      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14418766       +E-mail/Text: mmyers@primary-health.net Jun 03 2017 00:27:06      Primary Health Network,
                 100 Shenango Avenue,    PO Box 716,    Sharon, PA 16146-0716
14418769       +EDI: RMSC.COM Jun 03 2017 00:23:00      Synchrony Bank / JCPenneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
                                                                                               TOTAL: 14
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              M&T BANK
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: gamr                  Page 2 of 2                  Date Rcvd: Jun 02, 2017
                               Form ID: 309I               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Jennifer Marie Sharrar dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jeffrey Charles Sharrar dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James    Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```