IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10475-TPA |
| | : | |
| Jeffrey Charles Sharrar and | : | Chapter 13 |
| Jennifer Marie Sharrar, | : | |
| Debtors | : | Document No. ___ |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that Dale Woodard Gent Law Firm hereby enters its appearance on behalf of 4 Your Car Connection, Inc. in the above-captioned proceedings, and requests that its name be added to the mailing list maintained by the Clerk for the above-captioned case. Request is also hereby made that all notices given or required to be given in this case by the Clerk or any other person or entity, and all papers served or required to be served in this case by the Clerk or any other person or entity, be given to and served upon:

> James M. Greenfield, Esquire
> Dale Woodard Gent Law Firm
> 1030 Liberty Street
> Franklin, Pennsylvania 16323

Please take further notice that the foregoing request includes, inter alia, the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

On June 9, 2017, a true and correct copy of the within Notice was sent to each of the persons and entities set forth on Exhibit "A" attached hereto by first-class United States mail, postage prepaid, properly enveloped and addressed to each of the same at their respective addresses therein set forth.

Dated:  June 9, 2017                            DALE WOODARD GENT LAW FIRM


By   /s/James M. Greenfield
                James M. Greenfield
                Pa. Supreme Court I.D. No. 25920
                1030 Liberty Street
                Franklin, PA  16323
                Phone: (814) 432-2181
                greenfieldlaw@dalewoodardgent.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10475-TPA |
| | : | |
| Jeffrey Charles Sharrar and | : | Chapter 13 |
| Jennifer Marie Sharrar, | : | |
| Debtors | : | |

DECLARATION IN LIEU OF AFFIDAVIT
**Regarding Request to be Added to the Mailing Matrix**

The undersigned is one of the attorneys for 4 Your Car Connection, Inc. (a) creditor(s) in the above-captioned bankruptcy case, and I am authorized by said creditor(s) to make the accompanying request for notices. The new address should be used instead of the existing address and should be added to the matrix. I have reviewed the mailing matrix on file in this case, and I hereby certify that the request for notices being filed herewith replaces said creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor(s), and:

  X    That there are no other requests to receive notices on behalf of said creditor(s), or

  ___    That the following prior request(s) for notice by or on behalf of said creditor(s) shall be
       deleted from the matrix:


       _____
       Creditor's Name

       _____
       Creditor's Address

       _____
       City, State and Zip


I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on June 9, 2017

                          DALE WOODARD GENT LAW FIRM

By  /s/James M. Greenfield
      James M. Greenfield, Esquire
      Pa. Supreme Court I.D. No. 25920
      1030 Liberty Street
      Franklin, PA 16323
      Phone: (814) 432-2181
      greenfieldlaw@dalewoodardgent.com

**EXHIBIT "A"**

Daniel P. Foster, Esquire
P. O. Box 966
Meadville, PA   16335


Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA   15219


Office of United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA   15222