**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-10475-TPA |
| | : | |
| Jeffrey Charles Sharrar and | : | CHAPTER 13 |
| Jennifer Marie Sharrar, | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Jeffrey Charles Sharrar, | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| Colony Factory Crafted Homes, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: June 15, 2017                By: /s/ Clarissa Bayhurst
                              CLARISSA BAYHURST, PARALEGAL
                              FOSTER LAW OFFICES
                              Po Box 966
                              Meadville, PA 16335
                              Tel 814.724.1165
                              Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

# **MATRIX**

**COLONY FACTORY CRAFTED HOMES**
**20510 PAINT BOULEVARD**
**SHIPPENVILLE PA 16254**