FILED
9/21/17 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Jeffrey Charles and Jennifer Marie Sharrar
Case Number: 17-10475       Chapter: 13
Date / Time / Room: September 19, 2017 at 11:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*   #12 - Plan dated 6/1/17 (N)
            **+Obj. by M&T Bank**

*Appearances:*

Debtor:         Fosler
Trustee:        Winnecour / Bedford / Katz / Pail
Creditor:

*Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 10/13/17
         Objections are due on or before 11/3/17.
         A hearing on the Amended Plan is set for 11/28/17 at 11:00
9. _____ Other: