FILED
10/17/17 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-10475-TPA |
| | : | |
| Jeffrey Charles Sharrar and | : | Chapter 13 |
| Jennifer Marie Sharrar, | : | |
| Debtors, | : | |
| _____ : | Docket No: 31 |
| Jeffrey Charles Sharrar and | : | |
| Jennifer Marie Sharrar, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

**ORDER REGARDING DEBTORS' MOTION TO EXTEND DEADLINE REGARDING FILING**
**AN AMENDED CHAPTER 13 PLAN**

**AND NOW** on this ____17th____ day of _____October_____, 2017, upon consideration of Debtor's Motion to Extend Deadline Regarding Filing an amended Chapter 13 Plan, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtors shall have until **October 20, 2017**, [7 days later] to file their amended Chapter 13 Plan.

BY THE COURT,

Thomas P Agresti, Judge
United States Bankruptcy Court

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey Charles Sharrar
Jennifer Marie Sharrar
     Debtors

Case No. 17-10475-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1　　　　User: gamr　　　　　　Page 1 of 1　　　　　　Date Rcvd: Oct 17, 2017
　　　　　　　　　　　　　Form ID: pdf900　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
db/jdb　　　　+Jeffrey Charles Sharrar,    Jennifer Marie Sharrar,    383 Reigel School Road,
　　　　　　　　Rimersburg, PA 16248-6527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
　　　　　Daniel P. Foster    on behalf of Joint Debtor Jennifer Marie Sharrar dan@mrdebtbuster.com,
　　　　　　clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
　　　　　Daniel P. Foster    on behalf of Debtor Jeffrey Charles Sharrar dan@mrdebtbuster.com,
　　　　　　clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
　　　　　James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
　　　　　James M. Greenfield    on behalf of Creditor    Rimersburg Borough Municipal Authority
　　　　　　greenfieldlaw@dalewoodardgent.com
　　　　　James M. Greenfield    on behalf of Creditor   4 Your Car Connection
　　　　　　greenfieldlaw@dalewoodardgent.com
　　　　　Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
　　　　　Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7