**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 17-10475 |
| Jeffrey Charles Sharrar, AND, | : | |
| Jennifer Marie Sharrar, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Bayview Financial Property Trust, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Bayview Financial Property Trust**
**Incorrect Address:**  **285 Grand Avenue , Suite 200, Southlake, TX 76092-7657**
**Correct Address:**    **5050 Quorum Drive, Suite 700, Dallas, TX 75254**

                                                        Respectfully Submitted,

Date: November 17, 2017                                /s/Daniel P. Foster, Esquire
                                                        Daniel P. Foster, Esquire
                                                        PA I.D. #92376
                                                        FOSTER LAW OFFICES
                                                        PO Box 966
                                                        Meadville, PA 16335
                                                        Tel: 814.724.1165
                                                        Fax: 814.724.1158
                                                        Dan@MrDebtBuster.com
                                                        Attorney for Debtors