**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Jeffrey Charles Sharrar, AND, | : | Bankruptcy No: 17-10475 |
| Jennifer Marie Sharrar, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Bayview Financial Property Trust, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**   **Bayview Financial Property Trust**
**Incorrect Address:**   **285 Grand Avenue, Suite 200, Southlake, TX 76092-7657**
**Correct Address:**   **5050 Quorum Drive, Suite 700, Dallas, TX 75254**


Respectfully Submitted,

Date: December 19, 2017       /s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors