**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Jeffrey Charles Sharrar, AND, | : | Bankruptcy No: 17-10475-TPA |
| Jennifer Marie Sharrar, | : | |
| *Debtors,* | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Bayview Financial Property Trust, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Bayview Financial Property Trust**
**Incorrect Address:**  **5050 Quorum Drive, Suite 700, Dallas, TX 75254-1410**
**Correct Address:**    **4425 Ponce De Leon Boulevard, 4th Floor, Coral Gables, FL 33146**

Respectfully Submitted,

Date: <u>December 26, 2017</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors