FILED
4/3/18 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JEFFREY CHARLES SHARRAR | : | Bankruptcy No. 17-10475 TPA |
| JENNIFER MARIE SHARRAR | : | Chapter 13 |
| *Debtors* | : | |
| | : | |
| M&T BANK | : | |
| *Movant* | : | |
| v. | : | Related to Claim No.: 5 |
| JEFFREY CHARLES SHARRAR | : | |
| JENNIFER MARIE SHARRAR | : | |
| *Respondents* | : | |

## ORDER

**AND NOW**, this **3rd** day of **April, 2018**, a **Notice of Postpetition Mortgage Fees, Expenses and Charges** ("Notice") having been filed by **M&T Bank** regarding Claim No. 5, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

(1)    There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor(s) to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

(2)    **On or before April 24, 2018**, unless the Trustee first acts pursuant to Paragraph 3, the Debtor(s) shall file either:

(a)    An **AMENDED CHAPTER 13 PLAN;**
(b)    A **DECLARATION** that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
(c)    An **OBJECTION** to the *Notice* as stated, and shall self-schedule a heraing on the matter pursuant to the Court's procedures.

(3)    **On or before April 24, 2018**, the Trustee may file an **Objection** or **Motion** opposing the *Notice* as stated, and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

(4)    **The failure of either the Debtor(s) or the Trustee to timely file an Objection or Motion opposing the Notice** shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, ***provided however***, that no payment thereon will be implemented by the Trustee until such time as Debtor(s) files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
Debtor, Counsel for the Debtor, Claimant

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                          Case No. 17-10475-TPA
Jeffrey Charles Sharrar                                         Chapter 13
Jennifer Marie Sharrar
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr              Page 1 of 1            Date Rcvd: Apr 03, 2018
                               Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db/jdb         +Jeffrey Charles Sharrar,    Jennifer Marie Sharrar,    383 Reigel School Road,
                 Rimersburg, PA 16248-6527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14418763       E-mail/Text: camanagement@mtb.com Apr 04 2018 01:52:27      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14680034       E-mail/Text: camanagement@mtb.com Apr 04 2018 01:52:27      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Jeffrey Charles Sharrar dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Jennifer Marie Sharrar dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              James M. Greenfield    on behalf of Creditor   Rimersburg Borough Municipal Authority
               greenfieldlaw@dalewoodardgent.com
              James M. Greenfield    on behalf of Creditor   4 Your Car Connection
               greenfieldlaw@dalewoodardgent.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7