Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey Charles Sharrar**
**Jennifer Marie Sharrar**
   Debtor(s)

Bankruptcy Case No.: 17–10475–TPA
Related to Docket No. 51
Chapter: 13
Docket No.: 52 – 51
Concil. Conf.: September 4, 2018 at 02:00 PM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **August 6, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **August 27, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **September 4, 2018** at **02:00 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 20, 2018

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                               United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                          Case No. 17-10475-TPA
Jeffrey Charles Sharrar                                                         Chapter 13
Jennifer Marie Sharrar
       Debtors                           CERTIFICATE OF NOTICE
District/off: 0315-1           User: jmar                  Page 1 of 2                  Date Rcvd: Jun 20, 2018
                               Form ID: 213                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
db/jdb         +Jeffrey Charles Sharrar,    Jennifer Marie Sharrar,    383 Reigel School Road,
                 Rimersburg, PA 16248-6527
cr             +4 Your Car Connection,    7082 US 322,   Cranberry, PA 16319-3110
cr              ECMC,   ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
14418750       +4 Your Car Connection Inc,    7082 US 322,   Cranberry, PA 16319-3110
14418751       +Aes / Pnc / National,    PO Box 61047,   Harrisburg, PA 17106-1047
14418752       +Bayview Financial Property Trust,    4425 Ponce De Leon Boulevard, 4th Floor,
                 Coral Gables, FL 33146-1873
14418754       +Central Financial Control,    Po Box 66044,   Anaheim, CA 92816-6044
14418755       +Chase Card,   Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
14418757       +Convergent Outsoucing, Inc,    Po Box 9004,   Renton, WA 98057-9004
14418759       +Djd Anesthesia Associates,    1 Hospital Drive,   Clarion, PA 16214-8501
14774848        ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
14418761        First Premier Bank,    601 South Minneapolis Avenue,    Sioux Falls, SD 57104
14418762       +KML Law Group PC,   BNY Mellon Independence Center,     701 Market Street,   Suite 500,
                 Philadelphia, PA 19106-1538
14418765       +P H E A A / HCB,   Attn: Bankruptcy,    1200 North 7th Street,    3rd Floor,
                 Harrisburg, PA 17102-1419
14648319       +PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
14636642       +Rimersburg Borough Municipal Authority,    27 Main Street,    Rimersburg, PA 16248-4333
14418767       +Rui Credit Services Inc,    Po Box 1349,   Melville, NY 11747-0421
14418768       +Saint Louise University Hospital,    3635 Vista Avenue,    Saint Louis, MO 63110-2500
14701618        UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14418753       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 21 2018 02:25:58     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14418756       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 21 2018 02:22:16
                 Comcast Cable,   1701 John F. Kennedy Boulevard,    Philadelphia, PA 19103-2899
14418758       +E-mail/Text: abovay@creditmanagementcompany.com Jun 21 2018 02:22:10     Credit Management, LP,
                 Attn: Bankruptcy,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14636641        E-mail/Text: mrdiscen@discover.com Jun 21 2018 02:20:28     Discover Bank,   PO Box 8003,
                 Hilliard, OH 43026
14418760       +E-mail/Text: bknotice@ercbpo.com Jun 21 2018 02:21:52     ERC / Enhanced Recovery Corp,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
14705444        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2018 02:39:59
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14418763        E-mail/Text: camanagement@mtb.com Jun 21 2018 02:20:46     M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
14680034        E-mail/Text: camanagement@mtb.com Jun 21 2018 02:20:46     M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240
14696909       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 21 2018 02:21:40     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14418764       +E-mail/Text: Bankruptcies@nragroup.com Jun 21 2018 02:22:51     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
14694833        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2018 02:25:59
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14420084       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2018 02:24:49
                 PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14692498       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 21 2018 02:22:01     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14418766       +E-mail/Text: mmyers@primary-health.net Jun 21 2018 02:20:29     Primary Health Network,
                 100 Shenango Avenue,   PO Box 716,   Sharon, PA 16146-0716
14418769       +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2018 02:25:53     Synchrony Bank / JCPenneys,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              Rimersburg Borough Municipal Authority,    27 Main Street,    Rimersburg
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1            User: jmar               Page 2 of 2           Date Rcvd: Jun 20, 2018
                                Form ID: 213             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Joint Debtor Jennifer Marie Sharrar dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Jeffrey Charles Sharrar dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          James M. Greenfield    on behalf of Creditor   Rimersburg Borough Municipal Authority
           greenfieldlaw@dalewoodardgent.com
          James M. Greenfield    on behalf of Creditor    4 Your Car Connection
           greenfieldlaw@dalewoodardgent.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 7
```