**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-10475-TPA |
| | : | |
| **Jeffrey Charles Sharrar and** | : | CHAPTER 13 |
| Jennifer Marie Sharrar, | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Jeffrey Charles Sharrar,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 59 |
| | : | |
| vs. | : | |
| | : | |
| **Colony Factory Crafted Homes,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>November 27, 2018</u>
　　　　　　　　　　　　　　　　　　　By: /s/ Clarissa Bayhurst
　　　　　　　　　　　　　　　　　　　CLARISSA BAYHURST, PARALEGAL
　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　Po Box 966
　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

\*Parties served by the court electronically were not served by regular mail

## MATRIX

**COLONY FACTORY CRAFTED HOMES**
**20510 PAINT BOULEVARD**
**SHIPPENVILLE PA 16254**