**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 17-10475-TPA** |
| **Jeffrey Charles Sharrar and** | : | |
| **Jennifer Marie Sharrar,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Related to Docket No.: 63** |
| **Jeffrey Charles Sharrar and** | : | |
| **Jennifer Marie Sharrar,** | : | |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **November 24, 2019,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **December 11, 2019 at 11:30 AM** in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>November 7, 2019</u>                                                             Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: November 7, 2019

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

4 Your Car Connection
7082 US 322
Cranberry, PA 16319-3110

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

PRA Receivables Management, LLC
claims@recoverycorp.com

Aes / Pnc / National
PO Box 61047
Harrisburg, PA 17106-1047

Bayview Financial Property Trust
4425 Ponce De Leon Boulevard, 4th Floor
Coral Gables, FL 33146-1873

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Central Financial Control
Po Box 66044
Anaheim, CA 92816-6044

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Comcast Cable
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2899

Convergent Outsoucing, Inc
Po Box 9004
Renton, WA 98057-9004

Credit Management, LP
2121 Noblestown Road
Pittsburgh, PA 15205-3956

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Djd Anesthesia Associates
1 Hospital Drive
Clarion, PA 16214-8501

ERC / Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256-7412

First Premier Bank
601 South Minneapolis Avenue
Sioux Falls, SD 57104

KML Law Group PC
BNY Mellon Independence Center
701 Market Street, Suite 500
Philadelphia, PA 19106-1538

LVNV Funding, LLC its successors and assigns
assignee of NCO Portfolio Management
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T BANK
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

P H E A A / HCB
1200 North 7th Street, 3rd Floor
Harrisburg, PA 17102-1419

PHEAA
PO Box 8147
Harrisburg PA 17105-8147

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Primary Health Network
100 Shenango Avenue
PO Box 716
Sharon, PA 16146-0716

Rimersburg Borough Municipal Authority
27 Main Street
Rimersburg, PA 16248-4333

Rui Credit Services Inc
Po Box 1349
Melville, NY 11747-0421

Saint Louise University Hospital
3635 Vista Avenue
Saint Louis, MO 63110-2500

Synchrony Bank / JCPenneys
Po Box 956060
Orlando, FL 32896-0001

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Jeffrey Charles Sharrar
Jennifer Marie Sharrar
383 Reigel School Road
Rimersburg, PA 16248-6527

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com