**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 17-10475-TPA** |
| **Jeffrey Charles Sharrar and** | : | |
| **Jennifer Marie Sharrar,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No.: 65** |
| **Jeffrey Charles Sharrar and** | : | |
| **Jennifer Marie Sharrar,** | : | |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Motion for Approval of Post-Petition Vehicle Financing, filed on November 7, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than November 24, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: November 25, 2019

Respectfully submitted,

/s/ Daniel P. Foster, Esquire

Daniel P. Foster

PA I.D. # 92376

Foster Law Offices

PO Box 966

Meadville, PA 16335

Phone:  814.724.1165

Fax: 814.724.1158

Email: dan@mrdebtbuster.com

Attorney for Debtors

**CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: <u>November 25, 2019</u>

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**MATRIX**

4 Your Car Connection
7082 US 322
Cranberry, PA 16319-3110

ECMC
PO Box 16408
ST. Paul, MN 55116-0408

PRA Receivables Management, LLC
claims@recoverycorp.com

Aes / Pnc / National
PO Box 61047
Harrisburg, PA 17106-1047

Bayview Financial Property Trust
4425 Ponce De Leon Boulevard, 4th Floor
Coral Gables, FL 33146-1873

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Central Financial Control
Po Box 66044
Anaheim, CA 92816-6044

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Comcast Cable
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2899

Convergent Outsoucing, Inc
Po Box 9004
Renton, WA 98057-9004

Credit Management, LP
2121 Noblestown Road
Pittsburgh, PA 15205-3956

Discover Financial Services, LLC
PO Box 3025
New Albany, OH 43054-3025

Djd Anesthesia Associates
1 Hospital Drive
Clarion, PA 16214-8501

ERC / Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256-7412

First Premier Bank
601 South Minneapolis Avenue
Sioux Falls, SD 57104

KML Law Group PC
BNY Mellon Independence Center
701 Market Street, Suite 500
Philadelphia, PA 19106-1538

LVNV Funding, LLC its successors and assigns
assignee of NCO Portfolio Management
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T BANK
626 Commerce Drive
Amherst, NY 14228-2307

Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PHEAA / HCB
1200 North 7th Street, 3rd Floor
Harrisburg, PA 17102-1419

PHEAA
PO Box 8147
Harrisburg PA 17105-8147

Portfolio Recovery Associates, LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Primary Health Network
100 Shenango Avenue
PO Box 716
Sharon, PA 16146-0716

Rimersburg Borough Municipal Authority
27 Main Street
Rimersburg, PA 16248-4333

Rui Credit Services Inc
Po Box 1349
Melville, NY 11747-0421

Saint Louise University Hospital
3635 Vista Avenue
Saint Louis, MO 63110-2500

Synchrony Bank / JCPenneys
Po Box 956060
Orlando, FL 32896-0001

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Jeffrey Charles Sharrar
Jennifer Marie Sharrar
383 Reigel School Road
Rimersburg, PA 16248-6527

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com