**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-10475-TPA |
| | : | |
| **Jeffrey Charles Sharrar and** | : | CHAPTER 13 |
| **Jennifer Marie Sharrar,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 69 & 71 |
| **Jeffrey Charles Sharrar and** | : | |
| **Jennifer Marie Sharrar,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: January 8, 2020

Respectfully submitted,
/s/ Clarissa Bayhurst
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Aes / Pnc / National
PO Box 61047
Harrisburg, PA 17106-1047

Central Financial Control
Po Box 66044
Anaheim, CA 92816-6044

Convergent Outsoucing, Inc
Po Box 9004
Renton, WA 98057-9004

Djd Anesthesia Associates
1 Hospital Drive
Clarion, PA 16214-8501

LVNV Funding, LLC its successors and assigns
assignee of NCO Portfolio Management
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

PHEAA
PO Box 8147
Harrisburg PA 17105-8147

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Bayview Financial Property Trust
285 Grand Avenue
Suite 200
Southlake, TX 76092-7657

Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Credit Management, LP
Attn: Bankruptcy
2121 Noblestown Road
Pittsburgh, PA 15205-3956

ERC / Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256-7412

James M. Greenfield
Dale Woodard Law Firm
greenfieldlaw@dalewoodardgent.com

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PRA Receivables Management, LLC
claims@recoverycorp.com

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

4 Your Car Connection Inc
7082 US 322
Cranberry, PA 16319-3110

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Comcast Cable
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2899

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

First Premier Bank
601 South Minneapolis Avenue
Sioux Falls, SD 57104

KML Law Group PC
BNY Mellon Independence Center
701 Market Street
Suite 500
Philadelphia, PA 19106-1538

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

P H E A A / HCB
Attn: Bankruptcy
1200 North 7th Street
3rd Floor
Harrisburg, PA 17102-1419

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Primary Health Network
100 Shenango Avenue
PO Box 716
Sharon, PA 16146-0716

Rimersburg Borough Municipal Authority
27 Main Street
Rimersburg, PA 16248-4333

Rui Credit Services Inc
Po Box 1349
Melville, NY 11747-0421

Saint Louise University Hospital
3635 Vista Avenue
Saint Louis, MO 63110-2500

Jeffrey Charles Sharrar
383 Reigel School Road
Rimersburg, PA 16248-6527

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Jennifer Marie Sharrar
383 Reigel School Road
Rimersburg, PA 16248-6527

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Synchrony Bank / JCPenneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com