**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Jeffrey Charles Sharrar and | : | Bankruptcy No: 17-10475-TPA |
| Jennifer Marie Sharrar, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Central Financial Control, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **Central Financial Control**
**Incorrect Address:** **PO Box 66044, Anaheim CA 92816-6044**
**Correct Address:**   **PO Box 660872, Dallas TX 75266-0872**

Respectfully Submitted,

Date: <u>January 15, 2020</u>

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors