Case 17-10475-TPA    Doc 83    Filed 03/21/20    Entered 03/22/20 00:40:14    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
3/19/20 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| JEFFREY CHARLES SHARRAR | : Bankruptcy No. 17-10475-TPA |
| JENNIFER MARIE SHARRAR | : Chapter 13 |
| *Debtors* | : |
| | : |
| | : Related to Claim No. 5 |
| | : |

## ORDER

**AND NOW**, this **19th** day of **March, 2020**, a *Notice of Postpetition Mortgage Fees, Expenses and Charges* ("Notice") having been filed by **M&T Bank** regarding Claim No. 5, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

(1) There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtors to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

(2) **On or before April 9, 2020**, unless the Trustee first acts pursuant to Paragraph 3, the Debtors shall file either:

    (a) An *AMENDED CHAPTER 13 PLAN;*
    (b) A *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
    (c) A *MOTION OBJECTING* to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

(3) **On or before April 9, 2020**, the Trustee, or other party in interest, may file a *Motion* objecting to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

(4) *The failure of either the Debtors, the Trustee, or other party in interest to timely file a Motion objecting to the Notice* shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, ***provided however***, that no payment thereon will be implemented by the Trustee until such time as Debtors file an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
Debtors
Daniel P. Foster, Esq.
James Warmbrodt. Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                Case No. 17-10475-TPA
Jeffrey Charles Sharrar                                                                               Chapter 13
Jennifer Marie Sharrar
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: nsha                  Page 1 of 1                  Date Rcvd: Mar 19, 2020
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db/jdb         +Jeffrey Charles Sharrar,    Jennifer Marie Sharrar,    383 Reigel School Road,
                 Rimersburg, PA 16248-6527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Jennifer Marie Sharrar dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jeffrey Charles Sharrar dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              James M. Greenfield    on behalf of Creditor    Rimersburg Borough Municipal Authority
               greenfieldlaw@dalewoodardgent.com
              James M. Greenfield    on behalf of Creditor    4 Your Car Connection
               greenfieldlaw@dalewoodardgent.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7