FILED
8/20/20 4:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JEFFREY CHARLES SHARRAR | : | Bankruptcy No. 17-10475-TPA |
| JENNIFER MARIE SHARRAR | : | Chapter 13 |
| *Debtors* | : | |
| | : | |
| | : | Related to Claim No. 5 |
| | : | |

## ORDER

**AND NOW**, this **20th** day of **August, 2020**, a **Notice of Postpetition Mortgage Fees, Expenses and Charges** ("Notice") having been filed by **M&T Bank** regarding Claim No. 5, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

(1)    There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtors to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

(2)    **On or before September 10, 2020**, unless the Trustee first acts pursuant to Paragraph 3, the Debtors shall file either:

(a)    An ***AMENDED CHAPTER 13 PLAN;***
(b)    A ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
(c)    A ***MOTION OBJECTING*** to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

(3)    **On or before September 10, 2020,** the Trustee, or other party in interest, may file a ***Motion*** objecting to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

(4)    **The failure of either the Debtor(s), the Trustee, or other party in interest to timely file a Motion objecting to the Notice** shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, ***provided however***, that no payment thereon will be implemented by the Trustee until such time as Debtors file an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge    **jlm**
United States Bankruptcy Court

Case Administrator to serve:
Debtors
Debtor's Counsel
Claimant's Counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey Charles Sharrar  
Jennifer Marie Sharrar  
    Debtors

Case No. 17-10475-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 1     Date Rcvd: Aug 20, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.  
db/jdb      +Jeffrey Charles Sharrar,   Jennifer Marie Sharrar,   383 Reigel School Road,   Rimersburg, PA 16248-6527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:  
      Daniel P. Foster    on behalf of Joint Debtor Jennifer Marie Sharrar dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
      Daniel P. Foster    on behalf of Debtor Jeffrey Charles Sharrar dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
      James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
      James M. Greenfield    on behalf of Creditor   Rimersburg Borough Municipal Authority greenfieldlaw@dalewoodardgent.com  
      James M. Greenfield    on behalf of Creditor   4 Your Car Connection greenfieldlaw@dalewoodardgent.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                 TOTAL: 7