**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 17-10475-TPA** |
| **Jeffrey Charles Sharrar AND** | : | **CHAPTER 13** |
| **Jennifer Marie Sharrar,** | : | |
| Debtors. | : | |
| | : | **Related to Docket No. 89** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | **Hearing Date & Time:** |
| | : | **August 11, 2021 at 11:00 A.M.** |
| vs. | : | |
| **No Respondent.** | : | |

<u>**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES,**</u>
<u>**LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION**</u>

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than <u>**July 19, 2021**</u> i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

<u>**You should take this to your lawyer at once.**</u>

A hearing will be held <u>**August 11, 2021 at 11:00 A.M.**</u> before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>July 2, 2021</u>

Respectfully submitted,
<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtors

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION* and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **July 2, 2021**

By: */s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Label Matrix for local noticing
0315-1
Case 17-10475-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Fri Jul  2 07:29:39 EDT 2021

4 Your Car Connection
7082 US 322
Cranberry, PA 16319-3110

ECMC
ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

4 Your Car Connection Inc
7082 US 322
Cranberry, PA 16319-3110

Aes / Pnc / National
PO Box 61047
Harrisburg, PA 17106-1047

Bayview Financial Property Trust
4425 Ponce De Leon Boulevard, 4th Floor
Coral Gables, FL 33146-1873

CAPITAL ASSET RECOVERY
PO BOX 192585
DALLAS, TX 75219-8523

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Central Financial Control
Po Box 66044
Dallas, TX 75266-0872

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Comcast Cable
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2899

Convergent Outsoucing, Inc
Po Box 9004
Renton, WA 98057-9004

Credit Management, LP
Attn: Bankruptcy
2121 Noblestown Road
Pittsburgh, PA 15205-3956

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Djd Anesthesia Associates
1 Hospital Drive
Clarion, PA 16214-8501

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

ERC / Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256-7412

First Premier Bank
601 South Minneapolis Avenue
Sioux Falls, SD 57104

KML Law Group PC
BNY Mellon Independence Center
701 Market Street
Suite 500
Philadelphia, PA 19106-1541

LVNV Funding, LLC its successors and assigns
assignee of NCO Portfolio Management
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

P H E A A / HCB
Attn: Bankruptcy
1200 North 7th Street
3rd Floor
Harrisburg, PA 17102-1419

PHEAA
PO Box 8147
Harrisburg PA 17105-8147

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Primary Health Network
100 Shenango Avenue
PO Box 716
Sharon, PA 16146-0716

Rimersburg Borough Municipal Authority
27 Main Street
Rimersburg, PA 16248-4333

Rui Credit Services Inc
Po Box 1349
Melville, NY 11747-0421


Saint Louise University Hospital
3635 Vista Avenue
Saint Louis, MO 63110-2500

Synchrony Bank / JCPenneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123


Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Jeffrey Charles Sharrar
383 Reigel School Road
Rimersburg, PA 16248-6527

Jennifer Marie Sharrar
383 Reigel School Road
Rimersburg, PA 16248-6527


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Discover Bank
PO Box 8003
Hilliard, OH 43026

M & T Bank
Po Box 844
Buffalo, NY 14240


(d)M&T Bank
PO Box 1288
Buffalo, NY 14240

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)M&T BANK

(u)Rimersburg Borough Municipal Authority
27 Main Street
Rimersburg

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42