**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 17-10475-TPA** | |
| | : | **CHAPTER 13** | |
| **Jeffrey Charles Sharrar AND** | : | | |
| **Jennifer Marie Sharrar,** | : | | |
| Debtors. | : | | |
| | : | **RELATED TO DOCKET NO(S): 89-90** | |
| **Foster Law Offices, LLC,** | : | | |
| Movant. | : | | |
| | : | | |
| vs. | : | | |
| **No Respondent.** | : | | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **Application of Foster Law Offices, LLC as counsel for the Debtor, for Final Compensation**, filed on July 2, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than July 19, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>July 20, 2021</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: July 20, 2021

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-10475-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Fri Jul  2 07:29:39 EDT 2021 | 4 Your Car Connection<br>7082 US 322<br>Cranberry, PA 16319-3110 | ECMC<br>ECMC<br>P.O. BOX 16408<br>ST. PAUL, MN 55116-0408 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | 4 Your Car Connection Inc<br>7082 US 322<br>Cranberry, PA 16319-3110 |
| Aes / Pnc / National<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | Bayview Financial Property Trust<br>4425 Ponce De Leon Boulevard, 4th Floor<br>Coral Gables, FL 33146-1873 | CAPITAL ASSET RECOVERY<br>PO BOX 192585<br>DALLAS, TX 75219-8523 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Central Financial Control<br>Po Box 66044<br>Dallas, TX 75266-0872 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Comcast Cable<br>1701 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2899 | Convergent Outsoucing, Inc<br>Po Box 9004<br>Renton, WA 98057-9004 | Credit Management, LP<br>Attn: Bankruptcy<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Djd Anesthesia Associates<br>1 Hospital Drive<br>Clarion, PA 16214-8501 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |
| ERC / Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | First Premier Bank<br>601 South Minneapolis Avenue<br>Sioux Falls, SD 57104 | KML Law Group PC<br>BNY Mellon Independence Center<br>701 Market Street<br>Suite 500<br>Philadelphia, PA 19106-1541 |
| LVNV Funding, LLC its successors and assigns<br>assignee of NCO Portfolio Management<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | P H E A A / HCB<br>Attn: Bankruptcy<br>1200 North 7th Street<br>3rd Floor<br>Harrisburg, PA 17102-1419 |
| PHEAA<br>PO Box 8147<br>Harrisburg PA 17105-8147 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |

```
Primary Health Network              Rimersburg Borough Municipal Authority    Rui Credit Services Inc
100 Shenango Avenue                 27 Main Street                            Po Box 1349
PO Box 716                          Rimersburg, PA 16248-4333                 Melville, NY 11747-0421
Sharon, PA 16146-0716


Saint Louise University Hospital    Synchrony Bank / JCPenneys                UPMC Physician Services
3635 Vista Avenue                   Attn: Bankruptcy                          PO Box 1123
Saint Louis, MO 63110-2500          Po Box 956060                             Minneapolis, MN 55440-1123
                                    Orlando, FL 32896-0001


Daniel P. Foster                    Jeffrey Charles Sharrar                   Jennifer Marie Sharrar
Foster Law Offices                  383 Reigel School Road                    383 Reigel School Road
1210 Park Avenue                    Rimersburg, PA 16248-6527                 Rimersburg, PA 16248-6527
Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card                          Discover Bank                             M & T Bank
Attn: Correspondence Dept           PO Box 8003                               Po Box 844
Po Box 15298                        Hilliard, OH 43026                        Buffalo, NY 14240
Wilmington, DE 19850


(d)M&T Bank                         Portfolio Recovery Associates, LLC
PO Box 1288                         POB 12914
Buffalo, NY 14240                   Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)M&T BANK                         (u)Rimersburg Borough Municipal Authority  (d)PRA Receivables Management, LLC
                                    27 Main Street                             PO Box 41021
                                    Rimersburg                                 Norfolk, VA 23541-1021
```

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42