**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/10/2021

IN RE:

| | |
|---|---|
| JEFFREY CHARLES SHARRAR<br>JENNIFER MARIE SHARRAR<br>383 REIGEL SCHOOL ROAD<br>RIMERSBURG, PA 16248<br>XXX-XX-6416          Debtor(s)<br><br>XXX-XX-1637 | Case No.17-10475 TPA<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

　　NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

　　This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

　　This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

　　The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/10/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9822 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: M AND T BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES M GREENFIELD ESQ**<br>DALE WOODARD ET AL<br>1030 LIBERTY ST<br>FRANKLIN, PA 16323 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 4 YOUR CAR CONNECTION/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES M GREENFIELD ESQ**<br>DALE WOODARD ET AL<br>1030 LIBERTY ST<br>FRANKLIN, PA 16323 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RIMERSBURG BORO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **4 YOUR CAR CONNECTION**<br>PO BOX 417<br>CRANBERRY, PA 16319 | Trustee Claim Number: 5   INT %: 5.75%<br>Court Claim Number: 2<br>CLAIM: 664.28<br>COMMENT: SURR/PL-CONF*$1404.77/CL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0766 |
| **4 YOUR CAR CONNECTION**<br>PO BOX 417<br>CRANBERRY, PA 16319 | Trustee Claim Number: 6   INT %: 5.75%<br>Court Claim Number: 3<br>CLAIM: 13,229.32<br>COMMENT: CL3GOV@TERMS/PL~PMT/CONF*13754.76/PL@5.75%MDF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9062 |
| **M & T BANK - ATTY-IN-FACT BAYVIEW FNNCL P**<br>C/O M & T BANK<br>PO BOX 1288<br>BUFFALO, NY 14240 | Trustee Claim Number: 7   INT %: 5.75%<br>Court Claim Number: 5<br>CLAIM: 30,023.71<br>COMMENT: CL5GOV@TERMS/PL~PMT/CONF*17624.92@5.75%/PL*280.80/NOTE | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6559 |
| **RIMERSBURG BOROUGH MUNIC AUTH**<br>27 MAIN ST<br>RIMERSBURG, PA 16248 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,644.23<br>COMMENT: 000992-01*15-17*CL4GOV@PRO RATA*2016 MUN LIEN~1356.06@0%/PL~37.67/MO | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9201 |
| **BAYVIEW FINANCIAL PROPERTY TRUST**<br>285 GRAND AVE STE 200<br>SOUTHLAKE, TX 76092 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 961.17<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1110 |
| **CHEVY CHASE FED SAVINGS BANK/CAPITAL O**<br>ATTN : BANKRUPTCY<br>POB 30285<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7684 |
| **CENTRAL FINANCIAL CONTROL**<br>POB 660873<br><br>DALLAS, TX 75266 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ST LOUIS UNIV HOSP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4385 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7469 |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br><br>RENTON, WA 98057 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMCAST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6075 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PRIMARY HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1931 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PRIM HEALTH NETWORK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9011 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH 43054 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JUDGMNT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1453 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 462.04<br>COMMENT: REF 3367489921 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7721 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br><br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DJD ANESTH*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5148 |

| Creditor | Trustee Claim Info | Creditor Description |
|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 25,831.71<br>COMMENT: 7011/SCH*FR PHEAA-DOC 42 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1637 |
| **PHEAA\*\***<br>REINSURANCE DEPT/BANKRUPTCY**<br>1200 N 7TH ST**<br>HARRISBURG, PA 17102-1444 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HCB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7012 |
| **PHEAA\*\***<br>REINSURANCE DEPT/BANKRUPTCY**<br>1200 N 7TH ST**<br>HARRISBURG, PA 17102-1444 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HCB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7007 |
| **PHEAA\*\***<br>REINSURANCE DEPT/BANKRUPTCY**<br>1200 N 7TH ST**<br>HARRISBURG, PA 17102-1444 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HCB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7010 |
| **PHEAA\*\***<br>REINSURANCE DEPT/BANKRUPTCY**<br>1200 N 7TH ST**<br>HARRISBURG, PA 17102-1444 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HCB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7009 |
| **PHEAA\*\***<br>REINSURANCE DEPT/BANKRUPTCY**<br>1200 N 7TH ST**<br>HARRISBURG, PA 17102-1444 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HCB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7008 |
| **RUI CREDIT SERVICES**<br>POB 1349<br>MELVILLE, NY 11747 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMCAST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1466 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 202.80<br>COMMENT: JCP/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9822 |
| **COMCAST++**<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DJD ANESTHESIA ASSOC**<br>POB 947<br>CHAMBERSBURG, PA 17201 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **PRIMARY HEALTH NETWORK**<br>POB 716<br>SHARON, PA 16146 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ST LOUIS UNIVERSITY HOSPITAL**<br>3635 VISTA AVE<br>ST LOUIS, MO 63110 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONAL RECOVERY AGENCY GROUP\*\***<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DJD ANESTH ASSOC\*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9439 |
| **M & T BANK - ATTY-IN-FACT BAYVIEW FNNCL P**<br>C/O M & T BANK<br>PO BOX 1288<br>BUFFALO, NY 14240 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: ALL ARRS/CL\*PD@CID 7 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6559 |
| **M & T BANK - ATTY-IN-FACT BAYVIEW FNNCL P**<br>C/O M & T BANK<br>PO BOX 1288<br>BUFFALO, NY 14240 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,150.00<br>COMMENT: PAY/CONF\*2500TTL/PL\*NTC POSTPET FEES/EXP\*REF CL\*W/34 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6559 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,123.60<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1637 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 210.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6416 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 472.50<br>COMMENT: NT/SCH\*NCO PORTFOLIO MGMT\*HOUSEHOLD BANK\*STALE\*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1041 |
| **M & T BANK - ATTY-IN-FACT BAYVIEW FNNCL P**<br>C/O M & T BANK<br>PO BOX 1288<br>BUFFALO, NY 14240 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 441.89<br>COMMENT: PAY/CONF\*2500TTL/PL\*SUPP NTC POSTPET FEES/EXP: 9/5/17\*REF CL\*W/34 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6559 |
| **M & T BANK - ATTY-IN-FACT BAYVIEW FNNCL P**<br>C/O M & T BANK<br>PO BOX 1288<br>BUFFALO, NY 14240 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 631.00<br>COMMENT: PAY/DECL-CONF\*2500TTL/PL\*SUPP NTC POSTPET FEES/EXP: 11/14/17\*REF CL\*W/ | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6559 |

| CLAIM RECORDS | | |
|---|---|---|
| **M & T BANK - ATTY-IN-FACT BAYVIEW FNNCL P** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O M & T BANK | Court Claim Number:5 | ACCOUNT NO.:  6559 |
| PO BOX 1288 | | |
| | CLAIM:  226.37 | |
| BUFFALO, NY  14240 | COMMENT:  PAY/DECL-CONF*2500TTL/PL*SUPP NTC POSTPET FEES/EXP: 3/30/18*REF CL*W/3 | |
| **CAPITAL ASSET RECOVERY** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| PO BOX 192585 | Court Claim Number:12 | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| DALLAS, TX  75219 | COMMENT:  PMT/PL-CL*CREDITO REAL USA/PL*BGN 2/20*348.38X 28 REM MOS +2=LMT | |
| **M & T BANK - ATTY-IN-FACT BAYVIEW FNNCL P** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O M & T BANK | Court Claim Number:5 | ACCOUNT NO.:  6559 |
| PO BOX 1288 | | |
| | CLAIM:  612.00 | |
| BUFFALO, NY  14240 | COMMENT:  PAY/DECL*NT/PL*SUPP NTC POSTPET FEE/EXP*REF CL*W/34*AMD*DK | |
| **M & T BANK - ATTY-IN-FACT BAYVIEW FNNCL P** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O M & T BANK | Court Claim Number:5 | ACCOUNT NO.:  6559 |
| PO BOX 1288 | | |
| | CLAIM:  457.36 | |
| BUFFALO, NY  14240 | COMMENT:  PAY/DECL*NT/PL*SUPPLMTL NTC POSTPET FEE/EXP**REF CL*W/34*DK | |

Case 17-10475-TPA Doc 94 Filed 11/10/21 Entered 11/10/21 15:20:49 Desc
Page 7 of 7