## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-10475-TPA |
| | : | |
| Jeffrey Charles Sharrar and | : | CHAPTER 13 |
| Jennifer Marie Sharrar, | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Jeffrey Charles Sharrar, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 108 |
| | : | |
|     vs. | : | |
| | : | |
| Colony Factory Crafted Homes, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 6416 | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>August 2, 2022</u>

By: <u>/s/ Kristen N. Dennis</u>
KRISTEN N. DENNIS, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

**COLONY FACTORY CRAFTED HOMES**
**20510 PAINT BOULEVARD**
**SHIPPENVILLE PA 16254**