Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey Charles Sharrar** | : | Case No. 17−10475−GLT |
| **Jennifer Marie Sharrar** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 119 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/30/22 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 3rd of October, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 119 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1) *On or before November 17, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *November 30, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10475-GLT |
| Jeffrey Charles Sharrar | Chapter 13 |
| Jennifer Marie Sharrar | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 03, 2022 | Form ID: 604 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Charles Sharrar, Jennifer Marie Sharrar, 383 Reigel School Road, Rimersburg, PA 16248-6527 |
| cr | + | 4 Your Car Connection, 7082 US 322, Cranberry, PA 16319-3110 |
| 14418750 | + | 4 Your Car Connection Inc, 7082 US 322, Cranberry, PA 16319-3110 |
| 14418754 | | Central Financial Control, Po Box 66044, Dallas, TX 75266-0872 |
| 14418759 | + | Djd Anesthesia Associates, 1 Hospital Drive, Clarion, PA 16214-8501 |
| 14418761 | | First Premier Bank, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 14418766 | + | Primary Health Network, 100 Shenango Avenue, PO Box 716, Sharon, PA 16146-0716 |
| 14636642 | + | Rimersburg Borough Municipal Authority, 27 Main Street, Rimersburg, PA 16248-4333 |
| 14418767 | + | Rui Credit Services Inc, Po Box 1349, Melville, NY 11747-0421 |
| 14418768 | + | Saint Louise University Hospital, 3635 Vista Avenue, Saint Louis, MO 63110-2500 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 04 2022 01:36:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 01:39:35 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418751 | + | Email/Text: bncnotifications@pheaa.org | Oct 04 2022 01:36:00 | Aes / Pnc / National, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14418752 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 04 2022 01:36:00 | Bayview Financial Property Trust, 4425 Ponce De Leon Boulevard, 4th Floor, Coral Gables, FL 33146-1873 |
| 15259028 | + | Email/Text: michael@car-llc.com | Oct 04 2022 01:36:00 | CAPITAL ASSET RECOVERY, PO BOX 192585, DALLAS, TX 75219-8523 |
| 14418753 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2022 02:39:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14418756 | + | Email/Text: documentfiling@lciinc.com | Oct 04 2022 01:36:00 | Comcast Cable, 1701 John F. Kennedy Boulevard, Philadelphia, PA 19103-2899 |
| 14418757 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 04 2022 01:46:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14418758 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 04 2022 01:46:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14636641 | | Email/Text: mrdiscen@discover.com | Oct 04 2022 01:36:00 | Discover Bank, PO Box 8003, Hilliard, OH 43026 |
| 14774848 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 04 2022 01:36:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14418760 | + | Email/Text: bknotice@ercbpo.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: 604 | Total Noticed: 36 |

| Recip ID | Bypass | Delivery | Delivered | Name and Address |
|---|---|---|---|---|
| | | Oct 04 2022 01:36:00 | | ERC / Enhanced Recovery Corp, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14418755 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2022 01:40:11 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14418762 | ^ | MEBN | Oct 04 2022 01:00:55 | KML Law Group PC, BNY Mellon Independence Center, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| 14705444 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 01:39:38 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418763 | | Email/Text: camanagement@mtb.com | Oct 04 2022 01:36:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14680034 | | Email/Text: camanagement@mtb.com | Oct 04 2022 01:36:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| 14696909 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2022 01:36:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14418764 | + | Email/Text: Bankruptcies@nragroup.com | Oct 04 2022 01:46:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14418765 | + | Email/Text: bncnotifications@pheaa.org | Oct 04 2022 01:36:00 | P H E A A / HCB, Attn: Bankruptcy, 1200 North 7th Street, 3rd Floor, Harrisburg, PA 17102-1419 |
| 14648319 | + | Email/Text: bncnotifications@pheaa.org | Oct 04 2022 01:36:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14694833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2022 01:39:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14420084 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 04 2022 01:40:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692498 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2022 01:46:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14418769 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:33:12 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14701618 | ^ | MEBN | Oct 04 2022 01:00:53 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | Rimersburg Borough Municipal Authority, 27 Main Street, Rimersburg |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Oct 03, 2022 | Form ID: 604 | Total Noticed: 36

Date: Oct 05, 2022　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|

**Brian Nicholas**
on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

**Daniel P. Foster**
on behalf of Debtor Jeffrey Charles Sharrar dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

**Daniel P. Foster**
on behalf of Joint Debtor Jennifer Marie Sharrar dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

**Denise Carlon**
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

**James M. Greenfield**
on behalf of Creditor Rimersburg Borough Municipal Authority greenfieldlaw@dalewoodardgent.com

**James M. Greenfield**
on behalf of Creditor 4 Your Car Connection greenfieldlaw@dalewoodardgent.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour**
cmecf@chapter13trusteewdpa.com

TOTAL: 8