**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY CHARLES SHARRAR<br>JENNIFER MARIE SHARRAR<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>      vs.<br>No Respondents. | Case No.:17-10475 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/08/2017 and confirmed on 12/5/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,228.06 |
| Less Refunds to Debtor | 843.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 75,384.72 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,650.00 | |
|    Trustee Fee | 3,403.03 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,053.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   RIMERSBURG BOROUGH MUNIC AUTH | 1,644.23 | 1,644.23 | 0.00 | 1,644.23 |
|     Acct: 9201 | | | | |
|   4 YOUR CAR CONNECTION | 664.28 | 664.28 | 194.45 | 858.73 |
|     Acct: 0766 | | | | |
|   4 YOUR CAR CONNECTION | 13,229.32 | 13,229.32 | 2,211.95 | 15,441.27 |
|     Acct: 9062 | | | | |
|   M & T BANK - ATTY-IN-FACT BAYVIEW FNI | 30,023.71 | 30,023.71 | 5,393.73 | 35,417.44 |
|     Acct: 6559 | | | | |
|   M & T BANK - ATTY-IN-FACT BAYVIEW FNI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6559 | | | | |
| | | | | 53,361.67 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY CHARLES SHARRAR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY CHARLES SHARRAR | 705.69 | 705.69 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY CHARLES SHARRAR | 137.65 | 137.65 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 950.00 | 950.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-21 | | | | |
|   M & T BANK - ATTY-IN-FACT BAYVIEW FNI | 1,150.00 | 1,150.00 | 0.00 | 1,150.00 |
|     Acct: 6559 | | | | |
|   M & T BANK - ATTY-IN-FACT BAYVIEW FNI | 441.89 | 441.89 | 0.00 | 441.89 |
|     Acct: 6559 | | | | |
|   M & T BANK - ATTY-IN-FACT BAYVIEW FNI | 631.00 | 631.00 | 0.00 | 631.00 |
|     Acct: 6559 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| M & T BANK - ATTY-IN-FACT BAYVIEW FNI | 226.37 | 226.37 | 0.00 | 226.37 |
| Acct: 6559 | | | | |
| CAPITAL ASSET RECOVERY | 0.00 | 10,451.40 | 0.00 | 10,451.40 |
| Acct: | | | | |
| M & T BANK - ATTY-IN-FACT BAYVIEW FNI | 612.00 | 612.00 | 0.00 | 612.00 |
| Acct: 6559 | | | | |
| M & T BANK - ATTY-IN-FACT BAYVIEW FNI | 457.36 | 457.36 | 0.00 | 457.36 |
| Acct: 6559 | | | | |
| | | | | 13,970.02 |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 961.17 | 0.00 | 0.00 | 0.00 |
| Acct: 1110 | | | | |
| CHEVY CHASE FED SAVINGS BANK/CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7684 | | | | |
| CENTRAL FINANCIAL CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4385 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7469 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6075 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1931 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9011 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1453 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 462.04 | 0.00 | 0.00 | 0.00 |
| Acct: 7721 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5148 | | | | |
| ECMC(*) | 25,831.71 | 0.00 | 0.00 | 0.00 |
| Acct: 1637 | | | | |
| PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7012 | | | | |
| PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7007 | | | | |
| PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7010 | | | | |
| PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7009 | | | | |
| PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7008 | | | | |
| RUI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1466 | | | | |
| MIDLAND FUNDING LLC | 202.80 | 0.00 | 0.00 | 0.00 |
| Acct: 9822 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9439 | | | | |
| UPMC PHYSICIAN SERVICES | 1,123.60 | 0.00 | 0.00 | 0.00 |
| Acct: 1637 | | | | |
| UPMC PHYSICIAN SERVICES | 210.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6416 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1041 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9822 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES M GREENFIELD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | JAMES M GREENFIELD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BAYVIEW FINANCIAL PROPERTY TRUST+ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DJD ANESTHESIA ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRIMARY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ST LOUIS UNIVERSITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 67,331.69 |

TOTAL CLAIMED
PRIORITY         3,518.62
SECURED         45,561.54
UNSECURED      28,791.32

Date: 09/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY CHARLES SHARRAR
JENNIFER MARIE SHARRAR
       Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:17-10475 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10475-GLT |
| Jeffrey Charles Sharrar | Chapter 13 |
| Jennifer Marie Sharrar | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Charles Sharrar, Jennifer Marie Sharrar, 383 Reigel School Road, Rimersburg, PA 16248-6527 |
| cr | + | 4 Your Car Connection, 7082 US 322, Cranberry, PA 16319-3110 |
| 14418750 | + | 4 Your Car Connection Inc, 7082 US 322, Cranberry, PA 16319-3110 |
| 14418754 | | Central Financial Control, Po Box 66044, Dallas, TX 75266-0872 |
| 14418759 | + | Djd Anesthesia Associates, 1 Hospital Drive, Clarion, PA 16214-8501 |
| 14418761 | | First Premier Bank, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 14418766 | + | Primary Health Network, 100 Shenango Avenue, PO Box 716, Sharon, PA 16146-0716 |
| 14636642 | + | Rimersburg Borough Municipal Authority, 27 Main Street, Rimersburg, PA 16248-4333 |
| 14418767 | + | Rui Credit Services Inc, Po Box 1349, Melville, NY 11747-0421 |
| 14418768 | + | Saint Louise University Hospital, 3635 Vista Avenue, Saint Louis, MO 63110-2500 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 04 2022 01:36:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 01:38:52 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418751 | + | Email/Text: bncnotifications@pheaa.org | Oct 04 2022 01:36:00 | Aes / Pnc / National, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14418752 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 04 2022 01:36:00 | Bayview Financial Property Trust, 4425 Ponce De Leon Boulevard, 4th Floor, Coral Gables, FL 33146-1873 |
| 15259028 | + | Email/Text: michael@car-llc.com | Oct 04 2022 01:36:00 | CAPITAL ASSET RECOVERY, PO BOX 192585, DALLAS, TX 75219-8523 |
| 14418753 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2022 02:39:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14418756 | + | Email/Text: documentfiling@lciinc.com | Oct 04 2022 01:36:00 | Comcast Cable, 1701 John F. Kennedy Boulevard, Philadelphia, PA 19103-2899 |
| 14418757 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 04 2022 01:46:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14418758 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 04 2022 01:46:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14636641 | | Email/Text: mrdiscen@discover.com | Oct 04 2022 01:36:00 | Discover Bank, PO Box 8003, Hilliard, OH 43026 |
| 14774848 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 04 2022 01:36:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14418760 | + | Email/Text: bknotice@ercbpo.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 04 2022 01:36:00 | ERC / Enhanced Recovery Corp, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14418755 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2022 01:39:29 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14418762 | ^ | MEBN | Oct 04 2022 01:00:56 | KML Law Group PC, BNY Mellon Independence Center, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| 14705444 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 01:38:51 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418763 | | Email/Text: camanagement@mtb.com | Oct 04 2022 01:36:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14680034 | | Email/Text: camanagement@mtb.com | Oct 04 2022 01:36:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| 14696909 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2022 01:36:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14418764 | + | Email/Text: Bankruptcies@nragroup.com | Oct 04 2022 01:46:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14418765 | + | Email/Text: bncnotifications@pheaa.org | Oct 04 2022 01:36:00 | P H E A A / HCB, Attn: Bankruptcy, 1200 North 7th Street, 3rd Floor, Harrisburg, PA 17102-1419 |
| 14648319 | + | Email/Text: bncnotifications@pheaa.org | Oct 04 2022 01:36:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14694833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2022 01:38:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14420084 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 04 2022 01:40:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692498 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2022 01:46:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14418769 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:43:24 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14701618 | ^ | MEBN | Oct 04 2022 01:00:48 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | Rimersburg Borough Municipal Authority, 27 Main Street, Rimersburg |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 36

Date: Oct 05, 2022             Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
   on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Daniel P. Foster
   on behalf of Debtor Jeffrey Charles Sharrar dan@mrdebtbuster.com
   katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
   on behalf of Joint Debtor Jennifer Marie Sharrar dan@mrdebtbuster.com
   katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
   on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

James M. Greenfield
   on behalf of Creditor Rimersburg Borough Municipal Authority greenfieldlaw@dalewoodardgent.com

James M. Greenfield
   on behalf of Creditor 4 Your Car Connection greenfieldlaw@dalewoodardgent.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 8