FILED
11/18/22 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JEFFREY CHARLES SHARRAR
JENNIFER MARIE SHARRAR
          Debtor(s)

Ronda J. Winnecour
          Movant
          vs.
No Repondents.

Case No.:17-10475 -GLT

Chapter 13

Related to Docket No. 119

**ORDER OF COURT**

AND NOW, this ____ 18th Day of November, 2022 ____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                               Case No. 17-10475-GLT

Jeffrey Charles Sharrar                                                                Chapter 13

Jennifer Marie Sharrar

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                    User: auto                                                 Page 1 of 3

Date Rcvd: Nov 18, 2022                       Form ID: pdf900                              Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Charles Sharrar, Jennifer Marie Sharrar, 383 Reigel School Road, Rimersburg, PA 16248-6527 |
| cr | + | 4 Your Car Connection, 7082 US 322, Cranberry, PA 16319-3110 |
| 14418750 | + | 4 Your Car Connection Inc, 7082 US 322, Cranberry, PA 16319-3110 |
| 14418754 | | Central Financial Control, Po Box 66044, Dallas, TX 75266-0872 |
| 14418759 | + | Djd Anesthesia Associates, 1 Hospital Drive, Clarion, PA 16214-8501 |
| 14418761 | | First Premier Bank, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 14418766 | + | Primary Health Network, 100 Shenango Avenue, PO Box 716, Sharon, PA 16146-0716 |
| 14636642 | + | Rimersburg Borough Municipal Authority, 27 Main Street, Rimersburg, PA 16248-4333 |
| 14418767 | + | Rui Credit Services Inc, Po Box 1349, Melville, NY 11747-0421 |
| 14418768 | + | Saint Louise University Hospital, 3635 Vista Avenue, Saint Louis, MO 63110-2500 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 18 2022 23:53:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2022 00:01:08 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418751 | + | Email/Text: bncnotifications@pheaa.org | Nov 18 2022 23:53:00 | Aes / Pnc / National, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14418752 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 18 2022 23:53:00 | Bayview Financial Property Trust, 4425 Ponce De Leon Boulevard, 4th Floor, Coral Gables, FL 33146-1873 |
| 15259028 | + | Email/Text: michael@car-llc.com | Nov 18 2022 23:53:00 | CAPITAL ASSET RECOVERY, PO BOX 192585, DALLAS, TX 75219-8523 |
| 14418753 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2022 00:00:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14418756 | + | Email/Text: documentfiling@lciinc.com | Nov 18 2022 23:53:00 | Comcast Cable, 1701 John F. Kennedy Boulevard, Philadelphia, PA 19103-2899 |
| 14418757 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 18 2022 23:54:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14418758 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 18 2022 23:54:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14636641 | | Email/Text: mrdiscen@discover.com | Nov 18 2022 23:53:00 | Discover Bank, PO Box 8003, Hilliard, OH 43026 |
| 14774848 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 18 2022 23:53:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14418760 | + | Email/Text: bknotice@ercbpo.com | | |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: Nov 18, 2022 | Form ID: pdf900 | Total Noticed: 36

| | | | |
|---|---|---|---|
| | | Nov 18 2022 23:54:00 | ERC / Enhanced Recovery Corp, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14418755 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 19 2022 00:01:05 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14418762 | ^ MEBN | Nov 18 2022 23:51:24 | KML Law Group PC, BNY Mellon Independence Center, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| 14705444 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2022 00:00:40 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418763 | Email/Text: camanagement@mtb.com | Nov 18 2022 23:53:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14680034 | Email/Text: camanagement@mtb.com | Nov 18 2022 23:53:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| 14696909 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2022 23:54:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14418764 | + Email/Text: Bankruptcies@nragroup.com | Nov 18 2022 23:54:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14418765 | + Email/Text: bncnotifications@pheaa.org | Nov 18 2022 23:53:00 | P H E A A / HCB, Attn: Bankruptcy, 1200 North 7th Street, 3rd Floor, Harrisburg, PA 17102-1419 |
| 14648319 | + Email/Text: bncnotifications@pheaa.org | Nov 18 2022 23:53:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14694833 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2022 00:01:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14420084 | + Email/PDF: rmscedi@recoverycorp.com | Nov 19 2022 00:00:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692498 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2022 23:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14418769 | + Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:01:06 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14701618 | ^ MEBN | Nov 18 2022 23:51:18 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | Rimersburg Borough Municipal Authority, 27 Main Street, Rimersburg |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-1                                   User: auto                                        Page 3 of 3
Date Rcvd: Nov 18, 2022                          Form ID: pdf900                              Total Noticed: 36

Date: Nov 20, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jeffrey Charles Sharrar dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Jennifer Marie Sharrar dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| James M. Greenfield | on behalf of Creditor Rimersburg Borough Municipal Authority greenfieldlaw@dalewoodardgent.com |
| James M. Greenfield | on behalf of Creditor 4 Your Car Connection greenfieldlaw@dalewoodardgent.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8